**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN ROOF, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>JETSTREAM ATM INC., and DOES 1-10 inclusive,<br><br>                Defendants. | Case No.: 11-CV-01137-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for December 7, 2011, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Tuesday, December 6, 2011, at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: December 5, 2011

                                                _____
                                                LUCY H. KOH
                                                United States District Judge

Case No.: 11-CV-01137-LHK
ORDER TO FILE JCMS