UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN ROOF, individually and on behalf of all others similarly situated,<br><br>                                 Plaintiff,<br>     v.<br><br>JETSTREAM ATM INC., and DOES 1-10 inclusive,<br><br>                                 Defendants. | Case No.: 11-CV-01137-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The parties have filed a notice indicating that they have reached a settlement in principle and that a dismissal will be filed within two weeks.  The case management conference set for December 7, 2011 is CONTINUED to Wednesday, January 4, 2011 at 2:00 p.m.  By December 28, 2011, the parties shall file either a joint case management statement or a dismissal pursuant to Rule 41.  If the parties file a dismissal by December 28, 2011, the January 4, 2011 case management conference will be vacated.

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
LUCY H. KOH
United States District Judge