UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN ROOF, individually and on behalf of all others similarly situated, <br><br>            Plaintiff, <br>    v. <br><br>JETSTREAM ATM INC., and DOES 1-10 inclusive, <br><br>            Defendants. | Case No.: 11-CV-01137-LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a either a Joint Case Management Statement or a dismissal pursuant to Rule 41 by December 28, 2011 as directed in the Court's December 6, 2011 Order. ECF No. 26.  The parties are hereby ORDERED to file one joint case management statement by Tuesday, January 3, 2012, at 5 p.m.  The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).  The case management conference scheduled for January 4, 2012 remains as set.

**IT IS SO ORDERED.**

Dated: January 2, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge