UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN ROOF, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>JETSTREAM ATM INC., and DOES 1-10 inclusive,<br><br>      Defendants. | Case No.: 11-CV-01137-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The parties have filed a notice indicating that they will file a dismissal by January 9, 2012. The case management conference set for January 4, 2012 is CONTINUED to Wednesday, January 18, 2012 at 2:00 p.m.  By January 9, 2012, the parties shall file a dismissal pursuant to Rule 41.  If the parties do not file a dismissal by January 9, 2012, they shall file a joint case management statement by January 11, 2012.

**IT IS SO ORDERED.**

Dated: January 3, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01137-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE