UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN ROOF, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JETSTREAM ATM, INC., and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 5:11-cv-01137-LHK<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[As Modified by the Court] |

- 1 -
ORDER

1  The Court, having reviewed the Joint Motion to Dismiss by plaintiff KEVIN ROOF
2  ("Plaintiff"), and defendant JETSTREAM ATM, INC. ("Defendant"), and good cause showing,
3  hereby orders the following:
4  Plaintiff's individual claims against Defendant are hereby dismissed with prejudice.
5  Defendant's counterclaims against Plaintiff are hereby dismissed with prejudice.
6  Costs in this matter are to be taxed against the party incurring same.
7  **IT IS SO ORDERED.** The Clerk shall close the file.
8
9  DATED: January __9__, 2012
10
11  _____
       *Lucy H. Koh*
12     Honorable Lucy H. Koh
       United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
ORDER