1
2
3
4
5
6
7
8
9
10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                  SAN JOSE DIVISION
13

14 | KEVIN ROOF, Individually and on Behalf of   )   Case No.: 5:11-cv-01137-LHK
   | All Others Similarly Situated,              )
15 |                                             )
   |                     Plaintiff,              )   **ORDER GRANTING JOINT MOTION TO**
16 |                                             )   **DISMISS**
   |     vs.                                     )
17 |                                             )   [As Modified by the Court]
   | JETSTREAM ATM, INC., and DOES 1-10,         )
18 | inclusive,                                  )
   |                                             )
19 |                     Defendants.             )
   |                                             )
20 |                                             )
   |                                             )
21

22
23
24
25
26
27
28

- 1 -
ORDER

1  The Court, having reviewed the Joint Motion to Dismiss by plaintiff KEVIN ROOF ("Plaintiff"), and defendant JETSTREAM ATM, INC. ("Defendant"), and good cause showing, hereby orders the following:

Plaintiff's individual claims against Defendant are hereby dismissed with prejudice.

Defendant's counterclaims against Plaintiff are hereby dismissed with prejudice.

Costs in this matter are to be taxed against the party incurring same.

**IT IS SO ORDERED.** The Clerk shall close the file.

DATED: January __9__, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge